UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:18-CV-00767-GNS-CHL

CHRISTINA CROSS,                                                    **Plaintiff,**

**v.**

**DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC,**          **Defendant.**

<u>**ORDER**</u>

Before the Court is the Parties' Joint Proposed Amended Scheduling Order.  (DN 40.) Having reviewed the same, including the different proposals of the Parties in the event Plaintiff's pending Motion to Quash (DN 39) is denied, the Court sets the schedule below for the remainder of this action.

As to Plaintiff's request to reset the deadline to amend pleadings, the Court declines to reset that deadline at this time as it is unclear from the Parties' proposal whether they are in agreement as to that point.  However, a party can still seek leave to amend past the deadline for doing so where an appropriate showing is met.  *See Leary v. Daeschner*, 349 F.3d 888, 909 (6th Cir. 2003) (nothing that in considering a request to amend a complaint past the deadline set for amending pleadings, "a plaintiff must first show good cause under Rule 16(b) for failure earlier to seek leave to amend before a court will consider whether amendment is proper under Rule 15(a)").  Given that the Parties indicated they had agreed Defendant would notify Plaintiff as to whether it objected to Plaintiff's motion within five days of its receipt, the Court will direct the Parties to jointly advise the Court as set forth below if Defendant objects to Plaintiff's Motion for Leave to File Amended Complaint (DN 41).  If so, the Court will take up that motion when it is ripe.

Accordingly,

IT IS HEREBY ORDERED as follows:

(1)     The Parties shall complete all discovery no later than **forty-five (45) days** following a ruling on Plaintiff's pending Motion to Quash (DN 39).

(2)     The Parties shall file all dispositive motions, including any motions related to the admissibility of expert testimony pursuant to Fed. R. Evid. 702 (*Daubert* motions), no later than **seventy-five (75) days** following a ruling on Plaintiff's pending Motion to Quash (DN 39).

(3)     On or before **April 9, 2021**, the Parties shall jointly contact the undersigned's Case Manager, Theresa Burch, via e-mail at theresa_burch@kywd.uscourts.gov and advise whether Defendant plans to object to Plaintiff's Motion for Leave to File Amended Complaint (DN 41).

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
April 6, 2021