**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:18-CV-00767-GNS-CHL**

**CHRISTINA CROSS,**                                                                                    **Plaintiff,**

**v.**

**DENTAL ASSISTING ACADEMY OF LOUISVILLE, LLC,**                          **Defendant.**

**<u>ORDER</u>**

Before the Court is the Motion to Withdraw (DN 54) filed by Karen D. Jaracz.  The motion

comports with LR 83.6(b).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw (DN 54) is **GRANTED**.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

September 27, 2021